**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| AET Inc. Limited, et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:12–cv–03530 |
| | § | |
| John Doe | § | |

## Recusal Order

1.    I stand recused in this case.

2.    Deadlines in scheduling orders subsist. Court settings are vacated.


Signed on January 2, 2013, at Houston, Texas.


_____
Gray H. Miller
United States District Judge