UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re the Complaint of §<br>AET Inc. Limited, §<br>as Owner, and §<br>AET Shipmanagement §<br>(Singapore) Pte. Ltd., as Manager, §<br>of the *Eagle Kinarut*. §<br>§ | Civil Action H-12-3530 |

## Order on Petition in Limitation

1. *Monition.* A citation will issue to everyone claiming damages and losses occasioned during the voyage of the *Eagle Kinarut* on June 8, 2012, in the ship channel near Baytown, Texas.

2. *Publication.* Public notice of the action will be published in the Houston *Daily Court Review* once a week for two successive weeks from January 27, 2013, and in the Baytown *Sun* once a week for two successive weeks from February 10, 2013.

3. *Notice.* By February 4, 2013, the petitioners must mail a copy of (a) the monition, (b) Rule F, and (c) this order to every person known to have made a claim or filed an action against the *Eagle Kinarut* or the petitioners arising out of the voyage.

4. *Claims and Objections.* By 10:00 a.m., March 18, 2013, persons with (a) claims arising from that voyage or (b) objections to the limitation must file them under oath with the clerk of this court and deliver or mail a copy of them to James B. Cooney, Royston, Rayzor, Vickery & Williams LLP, 711 Louisiana Street, Suite 500, Houston, Texas 77002.

5. *Injunction.* Except in this case, the commencement or prosecution of proceedings about claims arising out of the occurrence on June 8, 2012 is restrained.

6. *Ad Interim Stipulation.* The value of the *Eagle Kinarut* is stipulated not to exceed $35,969,324.21. This interim stipulation may be adjusted.

Signed on January 18, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge